**Order filed September 18, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00224-CV

_____

## JAMIE CROSS, Appellant

## V.

## MARTHA AND JAMES EUGENE LITTLEFIELD, Appellees

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C45718**

### O R D E R

Appellant, Jamie Cross, has filed a pro se notice of appeal in this cause. Upon being notified that the $195 filing fee was due, Appellant filed in this court a notarized statement of inability to pay costs. The district clerk has filed a timely contest. Pursuant to TEX. R. APP. P. 20.1(h)(4), we abate the appeal and refer the indigence contest to the trial court for resolution.

The trial court is directed to comply with TEX. R. APP. P. 20.1 in conducting a hearing and determining whether Appellant is indigent. Unless a written order

sustaining the contest is timely entered, Appellant will be allowed to proceed without advance payment of costs. TEX. R. APP. P. 20.1(i)(4).

The district clerk is directed to forward to this court on or before October 24, 2014, a supplemental clerk's record containing any orders and findings entered by the trial court regarding the indigence contest. The appeal will be reinstated upon receipt of the supplemental clerk's record.

This appeal is abated.

PER CURIAM

September 18, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.